UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 08-cr-43-01-JD

Felix A. Perez

O R D E R

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date:  June 12, 2008


cc:   Adam Harris Bernstein, Esq.
      Michael Zaino, Esq.
      U.S. Marshal
      U.S. Probation